

# NUMBER 13-18-00140-CV

# COURT OF APPEALS

# THIRTEEN DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE MCALLEN ANESTHESIA CONSULTANTS, P.A., et. al.

## On Petition for Writ of Mandamus.

## ORDER

**Before Chief Justice Valdez and Justices Benavides and Longoria**
**Order Per Curiam**

Relators McAllen Anesthesia Consultants, P.A., Doctors Hospital at Renaissance, Ltd. d/b/a Doctors Hospital at Renaissance, and Edgar Armando Rodriguez, M.D. filed a petition for writ of mandamus in the above cause on March 13, 2018. Through this original proceeding, relators seek a writ of mandamus compelling the trial court to "vacate his order denying defendant's motion to quash; and to issue an order prohibiting all further discovery stayed by §74.351(s), until all defendants have been served with a proper expert report . . ." *See* TEX. CIV. PRAC. & REM. CODE. ANN. § 74.351. The Court requests that the real parties in interest, Jose David Sanchez,

individually and as guardian of the person and estate of Arleena Mancha Sanchez and as next friend of XXXXX XXXX XXXXX,[1] a minor, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
14th day of March, 2018.

---

[1]     Relator utilizes this pseudonym to refer to the minor child, and we do likewise. *See generally* TEX. R. APP. P. 9.8.